**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:06CR309** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **DEXTER ANTHONY DAVIS,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Defendant's motion regarding a potential reduction in sentence pursuant to crack cocaine Amendment 706 (Filing No. 39) and supporting brief (Filing No. 40). Defense counsel has been appointed. (Filing No. 41.)

IT IS ORDERED:

1. The government must file a brief, or the parties must file a joint stipulation within thirty (30) days from the date of this order, regarding the Defendant's potential reduction in sentence pursuant to crack cocaine Amendment 706;

2. If the Probation Office has not already submitted a worksheet to defense counsel of record, one must immediately be submitted; and

3. The Clerk is directed to e-mail a copy of this Order to the U.S. Probation Office.

DATED this 24th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge